UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIELLE McQUILLEN,

        Plaintiff(s),

                              Case No. 09-12461

vs.

                              HON. GEORGE CARAM STEEH

VITAMIN SHOPPE INDUSTRIES
dba Vitamin Shoppe,

        Defendant(s).
_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On today's date the attorneys and parties of record placed a settlement agreement on the record;

This case hereby is DISMISSED WITHOUT PREJUDICE. This case may be reopened, if necessary, by motion of either party without the payment of additional fees or costs. Alternatively, the parties may submit an order of dismissal with prejudice upon consummation of the settlement.

SO ORDERED.

                              s/George Caram Steeh
                              GEORGE CARAM STEEH
                              UNITED STATES DISTRICT JUDGE

Dated: December 20, 2010

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on
December 20, 2010 by electronic mail.

                      s/Marcia Beauchemin
                      Deputy Clerk